UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Stacey L. Mullen, Esquire
2091 N. Springdale Road - Suite 17
Cherry Hill, New Jersey, 08003
(856) 778-8677
Attorney for Debtor(s)
Stacey L. Mullen, Esquire (SLM-5588)

Order Filed on May 19, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Jeffrey W. Winter,

       Debtor

Case No.: 18-35219 (JNP)

Chapter 13

Hearing Date:

Judge: JNP

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following pages, numbered two (2) through _____ is hereby **ORDERED**

**DATED: May 19, 2020**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised:

ORDERED that <u>Stacey L. Mullen</u>, the applicant, is allowed a fee of $ <u>400.00</u> for services rendered and expenses in the amount of $ <u>n/a</u> for a total of $ <u>400.00</u>. The allowance shall be payable:

<u>XXXXX</u>    through the Chapter 13 plan as an administrative priority.

outside the plan.

The debtors' monthly plan is modified to require a payment of <u>$486.00</u> per month for <u>44</u> months to allow for payment of the aforesaid fee.

United States Bankruptcy Court
District of New Jersey

In re:  
Jeffrey W. Winter  
    Debtor

Case No. 18-35219-JNP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1　　User: admin　　Page 1 of 1　　Date Rcvd: May 19, 2020  
　　　　　　　　　　　Form ID: pdf903　Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 21, 2020.  
db　　　　　+Jeffrey W. Winter,　313 Haverford Ave,　Wenonah, NJ 08090-1319

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

　　　　***** BYPASSED RECIPIENTS *****  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 21, 2020　　　　　　　　　　　　　　　　　Signature:　/s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 19, 2020 at the address(es) listed below:  
    Christopher M. McMonagle　　on behalf of Creditor　　Wilmington Savings Fund Society, FSB, et.al. cmcmonagle@sterneisenberg.com, bkecf@sterneisenberg.com  
    Isabel C. Balboa　　on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
    Isabel C. Balboa　　ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
    Rebecca Ann Solarz　　on behalf of Creditor　　Bayview Loan Servicing, LLC, a Delaware Limited Liability Company rsolarz@kmllawgroup.com  
    Stacey L. Mullen　　on behalf of Debtor Jeffrey W. Winter slmullen@comcast.net  
    U.S. Trustee　　USTPRegion03.NE.ECF@usdoj.gov  
    William Edward Miller　　on behalf of Creditor　　Wilmington Savings Fund Society, FSB, et.al. wmiller@sterneisenberg.com, bkecf@sterneisenberg.com  
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 7