UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

CHRISTOPHER M. MCMONAGLE, ESQUIRE
Stern & Eisenberg, PC
1040 N. Kings Highway, Suite 407,
Cherry Hill, New Jersey 08034
Telephone: (609) 397-9200
FACSIMILE: (856) 667-1456
(COUNSEL FOR MOVANT)

Order Filed on May 19, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:
Jeffrey W. Winter

    Debtor
---------------------------------------------------
WILMINGTON SAVINGS FUND SOCIETY, FSB, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY IN ITS CAPACITY AS OWNER TRUSTEE OF ACM PRIME ALAMOSA TRUST 2018
    Movant
v.
Jeffrey W. Winter

Isabel C. Balboa
    Respondents

Case Number: 18-35219-JNP

Chapter 13

Judge: Jerrold N. Poslusny, Jr.

ORDER APPROVING STIPULATION/CONDITIONAL ORDER SETTLING THE MOTION FOR RELIEF FROM THE AUTOMATIC STAY

The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED**.

**DATED: May 19, 2020**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

(page 2)
Debtor: Jeffrey W. Winter
Case Number: 18-35219-JNP
Caption of Order: Order Approving Stipulation/Conditional Order Settling the Motion for Relief from the Automatic Stay

---

Upon the Motion of WILMINGTON SAVINGS FUND SOCIETY, FSB, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY IN ITS CAPACITY AS OWNER TRUSTEE OF ACM PRIME ALAMOSA TRUST 2018 (Movant) through its Counsel Stern & Eisenberg PC, attorneys for secured creditor, under Bankruptcy Code (section 362(d)) for relief from the automatic stay as to certain property, 313 Haverford Ave., Wenonah, NJ 08090 ("Property"), and the entry of the Order settling the Motion for Relief and for cause shown, it is hereby ORDERED and DECREED as follows:

1. As of May 11, 2020, Jeffrey W. Winter ("Debtor") acknowledges that Debtor is due for the following post-petition regular monthly payments from December 2019 to May 2020, as follows:
   a. Monthly payments total ($1,016.19/mo): ........................ $6,097.14
   b. Post-petition suspense balance: .................................... ($420.93)
   c. Attorney Fees: ............................................................... $631.00
   d. Total arrears as of date of Order: ................................. $6,307.21
2. Debtor shall cure the Arrears as set forth above by paying:
   a. 2 months payments ($1,016.19/month) plus $1,000.00 deposit, total of $3,032.38, within ten (10) days of entry of this Order; then
   b. 1/6 of the remaining Arrears ($3,274.83) per month ($545.81/month) for the next *three (3)* months together with the regular monthly mortgage payment (currently $1,016.19/month) for a total monthly payment of $1,562.00 for the next *three* months beginning in June 2020; then
   c. 1/6 of the remaining Arrears per month ($545.80/month) for the following *three (3)* months together with the regular monthly mortgage payment (currently $1,016.19/month) for a total monthly payment of $1,561.99 for *three* months beginning in September 2020.
   d. In the event the regular monthly payment changes for any reason, then the amount due pursuant to paragraph 2 shall be adjusted accordingly. Thereafter, Debtor agrees to continue making the regular monthly mortgage payment.
3. Payments due in accordance with this Order shall be due on or before the 1st day of each month.
4. Debtor shall make the regular monthly payments required to the Trustee.
5. All payments due to the Movant from the Debtor are to be made directly to BSI Financial Services, Inc. and making sure that Creditor's loan number appears on all payments.
6. In the event that Movant alleges that Debtor has failed to comply with obligations under paragraphs two (2) through five (5) of this Stipulation, Movant and/or Counsel may give Debtor and Debtor's counsel notice of the default and if such default is not cured within ten (10) days of said notice, upon certification to the court of such default, and request for Order, with a copy to Debtor and Debtor's counsel, the Court may grant Movant immediate relief from the bankruptcy stay, per the form of attached Order which is made part hereof as Exhibit "A". Debtor shall pay for each notice of default issued by Movant as a result of the Debtor's failure to comply with this Stipulation.

(page 3)
Debtor: Jeffrey W. Winter
Case Number: 18-35219-JNP
Caption of Order: Order Approving Stipulation/Conditional Order Settling the Motion for Relief from the Automatic Stay

7. The failure by the Movant, at any time, to file a Certification of Default upon default by the Debtor shall not be construed, nor shall such failure act, as a waiver of any of Movant's rights hereunder.
8. Upon issuance of the aforesaid Order, the parties hereto further agree that Movant may proceed in state court to exercise all rights and remedies available to it as a mortgagee and creditor under state and federal law including, but not limited to, the initiation of and continuation of foreclosure and execution process through sheriff's sale concerning the Property and ejectment thereafter.
9. In the event Debtor converts to a bankruptcy under Chapter 7 of the Bankruptcy Code then Debtor shall pay all pre-petition arrears and post-petition arrears within 10 days from the date the case is converted. If Debtor fails to make payments in accordance with this paragraph then the Creditor, through Counsel, may file a certification setting forth said failure and the Movant shall be granted immediate relief from the automatic stay and may also request entry of the form of Order attached as Exhibit "A".

_____
STACEY L. MULLEN, ESQUIRE
COUNSEL FOR DEBTOR


/s/ Christopher M. McMonagle
_____
CHRISTOPHER M. MCMONAGLE, ESQUIRE
STERN & EISENBERG, PC
ATTORNEY FOR MOVANT

EXHIBIT A

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

CHRISTOPHER M. MCMONAGLE, ESQUIRE
Stern & Eisenberg, PC
1040 N. Kings Highway, Suite 407,
Cherry Hill, New Jersey 08034
Telephone: (609) 397-9200
FACSIMILE: (856) 667-1456
(COUNSEL FOR MOVANT)

In Re:
Jeffrey W. Winter

    Debtor
---------------------------------------------------
WILMINGTON SAVINGS FUND SOCIETY,
FSB, NOT IN ITS INDIVIDUAL CAPACITY,
BUT SOLELY IN ITS CAPACITY AS OWNER
TRUSTEE OF ACM PRIME ALAMOSA
TRUST 2018
    Movant
v.
Jeffrey W. Winter

Isabel C. Balboa
    Respondents

Case Number: 18-35219-JNP

Chapter 13

Judge: Jerrold N. Poslusny, Jr.

**ORDER GRANTING RELIEF FROM AUTOMATIC STAY AND IN REM RELIEF FOLLOWING CERTIFICATION OF DEFAULT OF CONDITIONAL ORDER /STIPULATION**

Upon Motion of WILMINGTON SAVINGS FUND SOCIETY, FSB, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY IN ITS CAPACITY AS OWNER TRUSTEE OF ACM PRIME ALAMOSA TRUST 2018 (Movant) for relief and a Certification of Default having been filed in accordance with the Order/Stipulation Resolving the Motion, it is hereby ORDERED AND DECREED that Movant, (and any assignee/successor-in-interest) is granted relief from the stay of 11 U.S.C. §362 to proceed with its mortgage foreclosure action and Sheriff's Sale (and all other rights

under state and federal law) concerning the Property: 313 Haverford Ave., Wenonah, NJ 08090 ("Property")

It is further ORDERED and DECREED that the 14-day stay pursuant to BKRP 4001(a)(3) is hereby waived.

MFR – APO/STIP BF

United States Bankruptcy Court
District of New Jersey

In re:  
Jeffrey W. Winter  
      Debtor

Case No. 18-35219-JNP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: May 20, 2020  
                      Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 22, 2020.  
db         +Jeffrey W. Winter,    313 Haverford Ave,    Wenonah, NJ 08090-1319

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                                   TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 22, 2020                                        Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 20, 2020 at the address(es) listed below:

         Christopher M. McMonagle     on behalf of Creditor    Wilmington Savings Fund Society, FSB, et.al.  
          cmcmonagle@sterneisenberg.com, bkecf@sterneisenberg.com  
         Isabel C. Balboa     on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,  
          summarymail@standingtrustee.com  
         Isabel C. Balboa     ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
         Rebecca Ann Solarz     on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited  
          Liability Company rsolarz@kmllawgroup.com  
         Stacey L. Mullen     on behalf of Debtor Jeffrey W. Winter slmullen@comcast.net  
         U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov  
         William Edward Miller     on behalf of Creditor    Wilmington Savings Fund Society, FSB, et.al.  
          wmiller@sterneisenberg.com, bkecf@sterneisenberg.com  
                                                                                                                                                                    TOTAL: 7