Form 173 – hrggeneral

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

        Case No.:  18−35219−JNP
        Chapter:  13
        Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jeffrey W. Winter
   313 Haverford Ave
   Wenonah, NJ 08090

Social Security No.:
   xxx−xx−3869

Employer's Tax I.D. No.:

## NOTICE OF HEARING

    NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Jerrold N. Poslusny Jr. on

Date:                October 13, 2020
Time:               11:00 AM
Location:        4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

to consider and act upon the following:

*36* – Certification in Opposition to (related document:35 Creditor's Certification of Default (related document:31 Consent Order filed by Creditor Wilmington Savings Fund Society, FSB, et.al.) filed by Steven P. Kelly on behalf of Wilmington Savings Fund Society, FSB, et.al.. Objection deadline is 09/14/2020. (Attachments: # 1 Stipulation Order # 2 Notice of Default # 3 Proposed Order # 4 Certificate of Service) filed by Creditor Wilmington Savings Fund Society, FSB, et.al.) filed by Stacey L. Mullen on behalf of Jeffrey W. Winter. (Mullen, Stacey)

and transact such other business as may properly come before the meeting.


Dated: September 16, 2020
JAN: kaj

                                            Jeanne Naughton
                                            Clerk