Form 173 – hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18−35219−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Jeffrey W. Winter
  313 Haverford Ave
  Wenonah, NJ 08090

Social Security No.:
  xxx−xx−3869

Employer's Tax I.D. No.:

## NOTICE OF HEARING

   NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Jerrold N. Poslusny Jr. on

Date:          October 13, 2020
Time:          11:00 AM
Location:      4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

to consider and act upon the following:

*36* − Certification in Opposition to (related document:35 Creditor's Certification of Default (related document:31 Consent Order filed by Creditor Wilmington Savings Fund Society, FSB, et.al.) filed by Steven P. Kelly on behalf of Wilmington Savings Fund Society, FSB, et.al.. Objection deadline is 09/14/2020. (Attachments: # 1 Stipulation Order # 2 Notice of Default # 3 Proposed Order # 4 Certificate of Service) filed by Creditor Wilmington Savings Fund Society, FSB, et.al.) filed by Stacey L. Mullen on behalf of Jeffrey W. Winter. (Mullen, Stacey)

and transact such other business as may properly come before the meeting.


Dated: September 16, 2020
JAN: kaj

                                                            Jeanne Naughton
                                                            Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Jeffrey W. Winter  
    Debtor

Case No. 18-35219-JNP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 1      Date Rcvd: Sep 16, 2020  
                                    Form ID: 173      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 18, 2020.  
db      +Jeffrey W. Winter,    313 Haverford Ave,    Wenonah, NJ 08090-1319

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 18, 2020            Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 16, 2020 at the address(es) listed below:
       Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
       Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
       Rebecca Ann Solarz    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited Liability Company rsolarz@kmllawgroup.com  
       Stacey L. Mullen    on behalf of Debtor Jeffrey W. Winter slmullen@comcast.net  
       Steven P. Kelly    on behalf of Creditor    Wilmington Savings Fund Society, FSB, et.al. skelly@sterneisenberg.com, bkecf@sterneisenberg.com  
       U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
       William Edward Miller    on behalf of Creditor    Wilmington Savings Fund Society, FSB, et.al. wedwardmiller@gmail.com, bkecf@sterneisenberg.com  
                                                                                  TOTAL: 7