Form 173 – hrggeneral

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.: 18−35219−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jeffrey W. Winter
   313 Haverford Ave
   Wenonah, NJ 08090

Social Security No.:
   xxx−xx−3869

Employer's Tax I.D. No.:

---

### NOTICE OF HEARING

   NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Jerrold N. Poslusny Jr. on

Date:              January 15, 2021
Time:              10:00 AM
Location:          4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

to consider and act upon the following:

*42* − Certification in Opposition to (related document:41 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Isabel C. Balboa. Objection deadline is 12/1/2020. (Attachments: # 1 Certification # 2 Proposed Order # 3 Certificate of Service) filed by Trustee Isabel C. Balboa) filed by Stacey L. Mullen on behalf of Jeffrey W. Winter. (Mullen, Stacey)

and transact such other business as may properly come before the meeting.


Dated: December 1, 2020
JAN: kaj

                                                            Jeanne Naughton
                                                            Clerk