UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J LBR 9004-1(b)**

Stern & Eisenberg, P.C.
1040 N Kings Highway
Suite 407
Cherry Hill, NJ 08034
Phone: (609)-397-9200
Fac: (856)-667-1456

| In Re: | |
|---|---|
| Jeffrey W. Winter<br><br>Debtor(s) | Chapter 13<br><br>Case Number: 18-35219-JNP<br><br>Hearing Date: 12/22/2020 at 11:00 a.m.<br><br>Judge: Jerrold N. Poslusny, Jr. |

**ADJOURNMENT REQUEST FOR CHAPTER 13**

1. I, Steven Kelly,

☐ am the attorney for: WILMINGTON SAVINGS FUND SOCIETY, FSB, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY IN ITS CAPACITY AS OWNER TRUSTEE OF ACM PRIME ALAMOSA TRUST 2018

☐ am self-represented

Phone number: (215) 572-8111

Email address: skelly@sterneisenberg.com

2. I request an adjournment of the following hearing:

Matter: Creditor's Certification of Default

Current hearing date and time: December 22, 2020 at 11:00 a.m.

New date requested: February 9, 2021 at 11:00 a.m.

Reason for adjournment request: Debtor is in the final month of the Trial Modification Plan.

<u>Provided Debtor complies with all requirements, a final modification will be offered in January 2021.</u>

<u>If Debtor accepts, this matter will be withdrawn before February listing.</u>

    3.    I request an adjournment of confirmation:

Current confirmation date and time:_____

New date requested:_____

Reason for adjournment request:_____

_____

Confirmation has been adjourned\_\_\_\_\_ previous times

Trustee payments are current through _____

The meeting of creditors under § 341(a) of the Code ☐ was conducted ☐ was not conducted

    4.    Consent to adjournment:

☐ I have the consent of all parties.    ☐ I do not have the consent of all parties (explain below):

I certify under penalty of perjury that the foregoing is true.

Date: <u>December 14, 2020</u>                  <u>/s/ Steven Kelly</u>
                                                  Signature

**Pursuant to D.N.J. LBR 5071-1(b) and adjournment request
must be made not later than 3 days before the hearing.**

**OFFICIAL USE ONLY:**

The Request for adjournment is:
☒    Granted    New hearing date: <u>2/9/2021 at 11:00AM</u>    ☐ Peremptory

☐    Granted over objection(s)    New hearing date: _____    ☐ Peremptory

☐    Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers or the new hearing date.**