Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

         Case No.: 18−35219−JNP
         Chapter: 13
         Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jeffrey W. Winter
   313 Haverford Ave
   Wenonah, NJ 08090

Social Security No.:
   xxx−xx−3869

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on April 7, 2021.


Dated: April 7, 2021
JAN: kvr

                                        Jeanne Naughton
                                        Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Jeffrey W. Winter  
    Debtor

Case No. 18-35219-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 2  
Date Rcvd: Apr 07, 2021      Form ID: plncf13      Total Noticed: 23

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 09, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jeffrey W. Winter, 313 Haverford Ave, Wenonah, NJ 08090-1319 |
| cr | + | Wilmington Savings Fund Society, FSB, et.al., c/o Stern & Eisenberg, PC, 1040 N. Kings Highway, Suite 407, Cherry Hill, NJ 08034-1925 |
| 517941863 | | BMG Music Service, P.O. Box 1958, Indianapolis, IN 46291 |
| 517941859 | + | Bayview Loan Servicing, P.O. Box 650091, Dallas, TX 75265-0091 |
| 518457254 | + | Brandon P. Accardi, Esquire, Stern & Eisenberg, PC, 1040 N. Kings Highway, Suite 407, Cherry Hill, NJ 08034-1925 |
| 517941870 | | Doris Winter, 3131 Haverford Avenue, Wenonah, NJ 08090 |
| 517941864 | + | HSBC Bankruptcy Dept., P.O. Box 5213, Carol Stream, IL 60197-5213 |
| 517941860 | + | Mattleman, Weinroth & Miller, 401 Route 70 East, Suite 100, Cherry Hill, NJ 08034-2410 |
| 517994274 | | Navient Solutions, LLC. on behalf of, Educational Credit Management Corporatio, PO BOX 16408, St. Paul, MN 55116-0408 |
| 517973034 | + | The Bureaus, Inc., c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517941866 | | USAA Savings Bank, P.O. Box 47504, San Antonio, TX 78265 |
| 518452817 | + | WILMINGTON SAVINGS FUND SOCIETY, FSB, et.al, c/o BSI Financial Services, Inc., 314 South Franklin Street, PO Box 517, Titusville, PA 16354-0517 |
| 518452818 | + | WILMINGTON SAVINGS FUND SOCIETY, FSB, et.al, c/o BSI Financial Services, Inc., 314 South Franklin Street, PO Box 517, Titusville, PA 16354, WILMINGTON SAVINGS FUND SOCIETY, FSB, et c/o BSI Financial Services, Inc. 16354-0517 |
| 517941867 | + | Wells Fargo Ed Financial Service, P.O. Box 31557, Billings, MT 59107-1557 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 07 2021 21:19:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 07 2021 21:19:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518063046 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Apr 07 2021 21:18:00 | Bayview Loan Services, LLC, 4425 Ponce de Leon Blvd, 5th Floor, Coral Gables, FL 33146-1873 |
| 517941868 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 07 2021 21:12:03 | Zales/cbsd, P.O. Box 20363, Kansas City, MO 64195 |
| 517949286 | + | Email/Text: bankruptcy@cavps.com | Apr 07 2021 21:20:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 517941861 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 07 2021 21:19:00 | IRS, P.O. Box 724, Springfield, NJ 07081 |
| 517941869 | + | Email/PDF: pa_dc_claims@navient.com | Apr 07 2021 21:11:11 | Navient, 123 Justison Street, Wilmington, DE 19801-5363 |
| 517941862 | + | Email/Text: bkrpt@retrievalmasters.com | Apr 07 2021 21:19:00 | RMCB, 4 Westchester Plaza, Suite 110, Elmsford, NY 10523-1615 |
| 517941865 | + | Email/PDF: pa_dc_claims@navient.com | Apr 07 2021 21:11:11 | Sallie Mae, P.O. Box 9500, Wilkes-Barre, PA 18773-9500 |

TOTAL: 9

Case 18-35219-JNP    Doc 61    Filed 04/09/21    Entered 04/10/21 00:24:30    Desc Imaged
Certificate of Notice    Page 3 of 3

| District/off: 0312-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Apr 07, 2021 | Form ID: plncf13 | Total Noticed: 23 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518018020 | *+ | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 09, 2021                    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 7, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Rebecca Ann Solarz | on behalf of Creditor Bayview Loan Servicing LLC, a Delaware Limited Liability Company rsolarz@kmllawgroup.com |
| Stacey L. Mullen | on behalf of Debtor Jeffrey W. Winter slmullen@comcast.net |
| Steven P. Kelly | on behalf of Creditor Wilmington Savings Fund Society FSB, et.al. skelly@sterneisenberg.com, bkecf@sterneisenberg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William Edward Miller | on behalf of Creditor Wilmington Savings Fund Society FSB, et.al. wmiller@friedmanvartolo.com, bkecf@sterneisenberg.com |

TOTAL: 7