UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Stacey L. Mullen, Esquire
2091 N. Springdale Road - Suite 17
Cherry Hill, New Jersey, 08003
(856) 778-8677
Attorney for Debtor(s)
Stacey L. Mullen, Esquire (SLM-5588)

Order Filed on May 6, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Jeffrey W. Winter,

                        Debtor

Case No.: 18-35219 (JNP)

Chapter 13

Hearing Date:

Judge: JNP

**ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES**

The relief set forth on the following pages, numbered two (2) through _____ is hereby **ORDERED**

**DATED: May 6, 2021**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised:

ORDERED that <u>Stacey L. Mullen</u>, the applicant, is allowed a fee of $ <u>800.00</u>           for services rendered and expenses in the amount of $  <u>n/a</u>     for a total of $ <u>800.00</u>           . The allowance shall be payable:

      <u>XXXXX</u>        through the Chapter 13 plan as an administrative priority.

                    outside the plan.

The debtors' monthly plan is modified to require a payment of <u>$393.00</u>   per month for <u>  13  </u> months to allow for payment of the aforesaid fee.