Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  18−35219−JNP
Chapter:  13
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jeffrey W. Winter
   313 Haverford Ave
   Wenonah, NJ 08090

Social Security No.:
   xxx−xx−3869

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 1/24/22.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: January 24, 2022
JAN: kvr

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                           Case No. 18-35219-JNP
Jeffrey W. Winter                                                                Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                          User: admin                                    Page 1 of 2
Date Rcvd: Jan 24, 2022                       Form ID: 148                          Total Noticed: 25

The following symbols are used throughout this certificate:
**Symbol        Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                regulations require that automation-compatible mail display the correct ZIP.


**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 26, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jeffrey W. Winter, 313 Haverford Ave, Wenonah, NJ 08090-1319 |
| cr | + | Wilmington Savings Fund Society, FSB, et.al., c/o Stern & Eisenberg, PC, 1040 N. Kings Highway, Suite 407, Cherry Hill, NJ 08034-1925 |
| 517941863 | | BMG Music Service, P.O. Box 1958, Indianapolis, IN 46291 |
| 517941859 | + | Bayview Loan Servicing, P.O. Box 650091, Dallas, TX 75265-0091 |
| 518457254 | + | Brandon P. Accardi, Esquire, Stern & Eisenberg, PC, 1040 N. Kings Highway, Suite 407, Cherry Hill, NJ 08034-1925 |
| 517941870 | | Doris Winter, 3131 Haverford Avenue, Wenonah, NJ 08090 |
| 517941860 | + | Mattleman, Weinroth & Miller, 401 Route 70 East, Suite 100, Cherry Hill, NJ 08034-2410 |
| 519449786 | | NWL Company, LLC, Bankruptcy Department, PO Box 814609, Dallas, TX 75381-4609 |
| 519449787 | + | NWL Company, LLC, Bankruptcy Department, PO Box 814609, Dallas, TX 75381-4609, NWL Company, LLC Bankruptcy Department 75381-4609 |
| 517941869 | + | Navient, 123 Justison Street, Wilmington, DE 19801-5363 |
| 517994274 | | Navient Solutions, LLC. on behalf of, Educational Credit Management Corporatio, PO BOX 16408, St. Paul, MN 55116-0408 |
| 518452817 | + | WILMINGTON SAVINGS FUND SOCIETY, FSB, et.al, c/o BSI Financial Services, Inc., 314 South Franklin Street, PO Box 517, Titusville, PA 16354-0517 |
| 518452818 | + | WILMINGTON SAVINGS FUND SOCIETY, FSB, et.al, c/o BSI Financial Services, Inc., 314 South Franklin Street, PO Box 517, Titusville, PA 16354, WILMINGTON SAVINGS FUND SOCIETY, FSB, et c/o BSI Financial Services, Inc. 16354-0517 |

TOTAL: 13


**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 24 2022 20:30:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 24 2022 20:30:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518063046 | + | EDI: LCIBAYLN | Jan 25 2022 01:33:00 | Bayview Loan Services, LLC, 4425 Ponce de Leon Blvd, 5th Floor, Coral Gables, FL 33146-1873 |
| 517941868 | | EDI: CITICORP.COM | Jan 25 2022 01:33:00 | Zales/cbsd, P.O. Box 20363, Kansas City, MO 64195 |
| 517949286 | + | Email/Text: bankruptcy@cavps.com | Jan 24 2022 20:30:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 517941864 | + | EDI: HFC.COM | Jan 25 2022 01:33:00 | HSBC Bankruptcy Dept., P.O. Box 5213, Carol Stream, IL 60197-5213 |
| 517941861 | | EDI: IRS.COM | Jan 25 2022 01:33:00 | IRS, P.O. Box 724, Springfield, NJ 07081 |
| 517941862 | + | EDI: RMCB.COM | Jan 25 2022 01:33:00 | RMCB, 4 Westchester Plaza, Suite 110, Elmsford, NY 10523-1615 |
| 517941865 | + | EDI: NAVIENTFKASMSERV.COM | Jan 25 2022 01:33:00 | Sallie Mae, P.O. Box 9500, Wilkes-Barre, PA 18773-9500 |
| 517973034 | + | EDI: RECOVERYCORP.COM | Jan 25 2022 01:33:00 | The Bureaus, Inc., c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

District/off: 0312-1

User: admin

Page 2 of 2

Date Rcvd: Jan 24, 2022

Form ID: 148

Total Noticed: 25

| | | | | |
|---|---|---|---|---|
| 517941866 | | EDI: USAA.COM | | |
| | | | Jan 25 2022 01:33:00 | USAA Savings Bank, P.O. Box 47504, San Antonio, TX 78265 |
| 517941867 | + | EDI: WFFC.COM | | |
| | | | Jan 25 2022 01:33:00 | Wells Fargo Ed Financial Service, P.O. Box 31557, Billings, MT 59107-1557 |

TOTAL: 12

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518018020 | *+ | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 26, 2022                                   Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 24, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Rebecca Ann Solarz | on behalf of Creditor Bayview Loan Servicing  LLC, a Delaware Limited Liability Company rsolarz@kmllawgroup.com |
| Stacey L. Mullen | on behalf of Debtor Jeffrey W. Winter slmullen@comcast.net |
| Steven P. Kelly | on behalf of Creditor Wilmington Savings Fund Society  FSB, et.al. skelly@sterneisenberg.com, bkecf@sterneisenberg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William Edward Miller | on behalf of Creditor Wilmington Savings Fund Society  FSB, et.al. wmiller@friedmanvartolo.com, bkecf@sterneisenberg.com |

TOTAL: 7